**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Barrett Wakefield and Howard Wakefield III v. Sam Ayers and
                         Claudia Ayers

Appellate case number:   01-14-00648-CV

Trial court case number: 1007580-102

Trial court:             County Civil Court at Law No. 4 of Harris County

Date motion filed:       October 14, 2016

Party filing motion:     Appellant Barrett Wakefield


        The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.



Judge's signature: /s/ Terry Jennings
                   Acting for the Court the En Banc Court*

Date: November 8, 2016

\* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.